No. 72–384.  KANSAI IRON WORKS, LTD. v. MARUBENI-IIDA, INC., ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 72–387.  SCHWARTZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–391.  ROBINSON, TRUSTEE IN BANKRUPTCY v. FRASHER ET UX.  C. A. 9th Cir.  Certiorari denied.

No. 72–395.  JOHN NUVEEN & CO., INC., ET AL. v. SANDERS.  C. A. 7th Cir.  Certiorari denied.

No. 72–420.  MONTANO v. UNITED STATES; and
No. 72–5182.  GRIFFIN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 464 F. 2d 1352.

No. 72–5004.  COUSINO v. COULON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 72–5014.  CONNORS v. JOHNSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 72–5297.  CARTER v. MANCUSI, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–5298.  COOPER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5305.  HAYS v. CANALE ET AL.  C. A. 6th Cir. Certiorari denied.

No. 72–5306.  LABADIE v. MICHIGAN.  C. A. 6th Cir. Certiorari denied.

No. 72–5307.  GRAY ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.